# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JARRETT JEAN McCASLAND

NO. 2021 KW 0385

**JULY 06, 2021**

---

In Re:    Jarrett Jean McCasland, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. CR-11-13-0359.

---

**BEFORE:    CHUTZ, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

                         **WRC**
                         **AHP**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT